UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 7 |
| ALLWAYS EAST TRANSPORTATION, INC., | Case No. 16-22589 (RDD) |
| Debtor. | |

-------------------------------------------------------------------x

| | |
|---|---|
| HOWARD P. MAGALIFF, Chapter 7 Trustee of ALLWAYS EAST TRANSPORTATION, INC., | Adv. Pro. No. 18-08324 (RDD) |
| | WPBC 19,0028 |
| Plaintiff, | |
| v. | |
| EDWARD KOLLER, | |
| Defendant. | |

-------------------------------------------------------------------x

## ORDER DIRECTING
## ENTRY OF DEFAULT JUDGMENT

Upon the motion, by notice of presentment dated September 23, 2019 (the "**Motion**") of Howard P. Magaliff, in his capacity as the Chapter 7 trustee (the "**Trustee**") of the bankruptcy estate of ALLWAYS EAST TRANSPORTATION, INC., by and through his attorneys Archer & Greiner, P.C., for entry of a default judgment against defendant Edward Koller (the "**Defendant**") pursuant to Rule 7055 of the Federal Rules of Bankruptcy Procedure; and upon the supporting Declaration of Jeffrey Traurig, including the exhibits thereto; and due and proper notice of the Motion and the opportunity for a hearing thereon having been provided; and there being no opposition to the Motion; and no other or further notice or a hearing being required; and the Court having reviewed the Motion, the Traurig Declaration and the exhibits thereto, including the

Complaint herein; and the Court having determined that the Defendant has failed to timely answer or otherwise move with respect to the Complaint; and, after due deliberation, the Court having determined that the legal and factual bases set forth in the Motion establish good and sufficient cause for the relief granted herein; and upon all the proceedings had before the Court; now, therefore, it is hereby

ORDERED, that the Motion is granted as set forth herein; and it is further

ORDERED, that the Defendant is found to have failed to plead or defend the claims asserted against him in this adversary proceeding; and it is further

ORDERED, that the Defendant is found and adjudicated to be in default in this adversary proceeding; and it is further

ORDERED, that the Trustee have judgment against Defendant in the liquidated amount of $341,304.03, plus cost of $350.00, for a total judgment of $341,654.03, plus interest accruing from and after the date of entry of a judgment at the federal post-judgment rate under 29 U.S.C. § 1961; and it is further

ORDERED, that the Clerk of the Court is instructed to promptly enter judgment against defendant Edward Koller in the form annexed hereto as <u>Exhibit 1</u>; and it is further

ORDERED, that any claim of Defendant in this chapter 7 case is disallowed under 11 U.S.C. § 502(d) unless and until Defendant pays the Trustee the full amount of the foregoing judgment, without prejudice to any other defenses to any such claim of Defendant; and it is further

ORDERED, that this Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: White Plains, New York
      October 23, 2019

                                            /s/Robert D. Drain
                                            UNITED STATES BANKRUPTCY JUDGE

**Exhibit 1**
**Default Judgment**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x

In re                                                                Chapter 7

| ALLWAYS EAST TRANSPORTATION, INC., | Case No. 16-22589 (RDD) |
|---|---|
| Debtor. | |

-------------------------------------------------------------------x

| HOWARD P. MAGALIFF, Chapter 7 Trustee of ALLWAYS EAST TRANSPORTATION, INC., | Adv. Pro. No. 18-08324 (RDD) |
|---|---|
| Plaintiff, | |
| v. | |
| EDWARD KOLLER, | |
| Defendant. | |

-------------------------------------------------------------------x

## **JUDGMENT**

Default was entered against defendant Edward Koller on May 28, 2019. The plaintiff, HOWARD P. MAGALIFF, has requested entry of judgment by default and has filed a motion dated September 23, 2019 setting for the amount due.

The Court has ordered that the plaintiff, in his capacity as Chapter 7 trustee of the estate of Allways East Transportation, Inc., recover from the defendant Edward Koller.

Therefore, judgment is entered against Edward Koller in favor of Howard P. Magaliff, as Chapter 7 Trustee of the Estate of Allways East Transportation, Inc., as follows:

It is ORDERED, ADJUDGED AND DECREED that Howard P. Magaliff, as Chapter 7 trustee of the estate of Allways East Transportation, Inc., plaintiff, have judgment against the defendant, Edward Koller in the amount of $341,304.03, plus costs of $350.00, for a total judgment of $341,304.03, plus interest accruing from the date hereof at the federal post-judgment rate under 28 U.S.C. § 1961.

| Date: October 23, 2019 | *CLERK OF THE COURT* |
|---|---|
| | _____ |
| | *Clerk or Deputy Clerk* |